IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**KAMILLE SMITH, et. al.**

    *Plaintiffs*,

v.                        Civil Action No. 7:22-cv-568

**WALMART, INC., et al.**,

    *Defendants*.

### SATISFACTION OF ARBITRATION AWARD AS TO KAMILLE SMITH

Plaintiff Kamille Smith, by counsel, states that the Arbitration of her claims is complete and that the Award for the claims of Kamille Smith has been fully satisfied.

                KAMILLE SMITH

                /s/ Chrstopher E. Collins
                Christopher E. Collins (VSB No. 90632)
                Mia Yugo (VSB No. 92975)
                Yugo Collins, PLLC
                25 Franklin Road, SW
                Roanoke, Virginia 24011
                Telephone: (540) 861-1529
                Direct: (540) 855-4791
                chris@yugocollins.com
                mia@yugocollins.com
                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

D. Cameron Beck, Jr. (VSB No. 39195)
Alison L. Fling (VSB No. 98190)
McCandlish Holton, PC
P.O. Box 796
Richmond, VA 23218
(804) 775-3100 Telephone
(804) 819-1163 Facsimile
cbeck@lawmh.com
afling@lawmh.com
*Counsel for Walmart, Inc., and*

 *Wal-Mart Stores East, LP d/b/a Wal-Mart Neighborhood Market*

*/s/   Christopher E. Collins*
Christopher E. Collins (VSB No. 90632)
Yugo Collins, PLLC
25 Franklin Road, SW
Roanoke, Virginia 24011
Telephone: (540) 861-1529
Direct: (540) 855-4791
chris@yugocollins.com
mia@yugocollins.com

*Counsel for Plaintiffs*